UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FIRST CHURCH OF CHRIST, SCIENTIST,
INC., NORTH PALM BEACH, FLORIDA

    Plaintiff,

                                                             Case No.:

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL OF A CIVIL ACTION

COMES NOW, Defendant, SCOTTSDALE INSURANCE COMPANY (hereinafter "Scottsdale"), a foreign corporation, by and through counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, and hereby gives notice of removal of a civil action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division, alleging as follows:

1.    On or about April 11, 2016, Plaintiff, First Church of Christ, Scientist, Inc., North Palm Beach, Florida ("Plaintiff"), brought suit against Defendant, Scottsdale, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, where said action is now pending under Case Number 50-2016-CA-003981-XXXXMB, which is captioned, *First Church of Christ, Scientist, Inc., North Palm Beach, Florida v. Scottsdale Insurance Company*.

2.    On April 18, 2016, Plaintiff served the Chief Financial Officer of the State of Florida with the Summons, Complaint, and Plaintiff's First Request for Production to Defendant.

3.    On April 26, 2016, the Chief Financial Officer of the State of Florida sent, via electronic delivery, a copy of the Notice of Service of Process, Summons, Complaint, and

Plaintiff's First Request for Production to Defendant, to be served on Defendant, Scottsdale. A copy of the Notice of Service of Process, Summons, Complaint, and Plaintiff's First Request for Production to Defendant are attached hereto as composite **Exhibit "A."**

4.  Defendant, Scottsdale, is a foreign corporation organized under the laws of the State of Ohio with its principal place of business in Columbus, Ohio. For purposes of diversity jurisdiction, Scottsdale is a citizen of Ohio under 28 U.S.C. §1332. (See printout from Florida Department of State Division of Corporations which is attached hereto as **Exhibit "B"**).

5.  In the underlying Complaint, Plaintiff asserts a count for breach of contract under an insurance policy issued by Scottsdale, alleging that the property "suffered substantial damage as the result of vandalism," and seeking damages and attorney's fees and costs. (See **Exhibit "A,"** Complaint ¶¶ 6-19).

6.  The amount in controversy, including contractual damages and statutory attorney's fees for the only Defendant, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000). On or about January 28, 2016, Scottsdale issued payment to Plaintiff in the amount of $9,544.19 for the undisputed amount of the claim. (See proof of payment attached hereto as **Exhibit "C"**). On or about February 24, 2016, Plaintiff submitted an estimate in the amount of $103,694.79 to Scottsdale. (See **Exhibit "D,"** Advocate Claims Public Adjusters' estimate). Thus, the total amount remaining in dispute in this matter, exclusive of interest, fees, and costs, is $94,150.60.

8.  Plaintiff's citizenship is completely diverse from the only Defendant. Upon information and belief, at the time of the commencement of the action in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and since that time, Plaintiff,

was and is incorporated in the State of Florida. (See **Exhibit A**, Complaint, ¶ 2). Defendant, Scottsdale, is not a citizen of the State of Florida.

9. This Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U.S.C. §1332(a) and (c), because Scottsdale is not a citizen of the State of Florida, and the amount in controversy for the only Defendant exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

10. Further, 28 U.S.C. §1441(a) provides:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

Therefore, because this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332, removal to this Court is proper, pursuant to 28 U.S.C. §1441(a).

11. Pursuant to 28 U.S.C. § 1446(a), copies of all other process, pleadings, motions, and orders on file in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, in the state court action are attached hereto as **Exhibit "A."**

12. On May 26, 2016, Defendant filed its Certification of Notice of Removal, Notice of Filing Notice of Removal, and Notice to Counsel of Removal of a Civil Action with the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, copies are attached hereto as composite **Exhibit "E."**

WHEREFORE, Defendant, Scottsdale, prays that the above-styled action be removed from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division.

Dated: May 26, 2016.

Respectfully submitted,

s/ Sarah B. Van Schoyck
Matthew L. Litsky, Fla. Bar No.: 992194
matthew.litsky@phelps.com
Sarah B. Van Schoyck, Esq., Fla. Bar No.: 70979
sarah.vanschoyck@phelps.com
Catriana N. Messina, Fla. Bar No.: 115534
catriana.messina@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
Attorneys for Defendant, Scottsdale Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal of a Civil Action was served by E-mail on May 26, 2016, on all counsel of record on the Service List below:

s/ Sarah B. Van Schoyck<br>
Attorney

## SERVICE LIST

Valorie S. Chavin, Esq.
vchavin@swpalaw.com
James E. Mitchell, Esq.
jmitchell@swpalaw.com
E-Service: pleadings@swpalaw.com
SHMUELY & WILLIS, P.A.
P.O. Box 611867
North Miami, Florida 33261
Telephone: (786) 345-2055
Facsimile: (305) 981-1054
Attorneys for Plaintiff, First Church of Christ,
Scientist, Inc., North Palm Beach, Florida

PD.19466958.1